UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc. | Case No.: |
| Plaintiff, | CORPORATE DISCLOSURE |
| vs. | 03-40269 |
| Randy Sparks | |
| Defendant | |

Pursuant to **LR, D. Mass 7.3** the corporate Plaintiff in the above referenced action, **DIRECTV, Inc.**, now makes this disclosure:

1. **DIRECTV, Inc.** (a California Corp.) is a wholly owned subsidiary of DIRECTV Enterprises, LLC (a Delaware Limited Liability Company);

2. **DIRECTV Enterprises** is a wholly owned subsidiary of DIRECTV Holdings, LLC (a Delaware LLC);

3. **DIRECTV Holdings, LLC** is a wholly owned subsidiary of Hughes Electronic Corporation (a Delaware Corp.);

4. **Hughes Electronic Corporation** is a wholly owned subsidiary of General Motors Corporation (a Delaware Corp.);

5. General Motors Corporation (a Delaware Corp.) is a publicly-held corporation.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

_____
Date

_____
John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1